| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SIERRA NEVADA BUILDERS L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4748227** |
| 4. | **Debtor's address** | **Principal place of business** **430 CONEY ISLAND DRIVE** **Sparks, NV 89431** Number, Street, City, State & ZIP Code  **Washoe** County | **Mailing address, if different from principal place of business** _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor    **SIERRA NEVADA BUILDERS L.L.C.**      Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **SIERRA NEVADA BUILDERS L.L.C.**                          Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor  **SIERRA NEVADA BUILDERS L.L.C.**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **SIERRA NEVADA BUILDERS L.L.C.** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 13, 2025**
           MM / DD / YYYY

X **/s/ BRYAN SLAVIK**                                    **BRYAN SLAVIK**
Signature of authorized representative of debtor          Printed name

Title  **MANAGER**

**18. Signature of attorney**

X **/s/ STEPHEN R. HARRIS**                              Date **August 13, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.
SUITE F
Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone  **775-786-7600**       Email address  **steve@harrislawreno.com**

**001463 NV**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SIERRA NEVADA BUILDERS L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 13, 2025**    X **/s/ BRYAN SLAVIK**
Signature of individual signing on behalf of debtor

**BRYAN SLAVIK**
Printed name

**MANAGER**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SIERRA NEVADA BUILDERS L.L.C. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 0001<br>Los Angeles, CA 90096 | | CREDIT CARD PURCHASES | | | | $16,419.85 |
| BANK OF AMERICA BUSINESS CARD<br>100 NORTH TYRONE ST<br>Charlotte, NC 28255 | | CREDIT CARD PURCHASES | | | | $4,039.52 |
| CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | | CREDIT CARD PURCHASES | | | | $64,007.34 |
| CARSON CITY LANDFILL PUBLIC WORKS DEPARTMENT<br>3505 BUTTI WAY<br>Carson City, NV 89701 | | GOODS/ SERVICES | | | | $1,105.72 |
| FENIX CAPITAL FUNDING<br>9265 4TH AVE 2ND FL<br>Brooklyn, NY 11209 | | MONEY LOANED | | | | $55,107.95 |
| FUNDING METRICS LLC<br>3220 TILLMAN DRIVE SUITE 200<br>Bensalem, PA 19020 | | MONEY LOANED | | $37,251.16 | $0.00 | Unknown |
| HERITAGE BANK OF NEVADA<br>PO BOX 11920<br>Reno, NV 89510 | | | | $21,802.75 | $0.00 | Unknown |

Debtor **SIERRA NEVADA BUILDERS L.L.C.**       Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **HOME DEPOT** P.O. BOX 790328 Saint Louis, MO 63179 | | **CREDIT CARD PURCHASES** | | | | $10,952.30 |
| **LOWES** PO BOX 530914 Atlanta, GA 30353 | | **CREDIT CARD PURCHASES** | | | | $6,401.35 |
| **MEEKS LUMBER** 1030 WINDY CREEK RD SUITE #100 Roseville, CA 95678 | | **GOODS/ SERVICES** | | | | $51,011.56 |
| **SEAN MCKENNA** 2743 ROBB DRIVE Reno, NV 89523 | | **POTENTIAL CLAIM FOR INCOMPLETE JOB** | | | | $12,680.00 |
| **STATE OF NEVADA DEPARTMENT OF TAXATION** 3850 ARROWHEAD DR. Carson City, NV 89706 | | | | | | $6,879.49 |
| **STELLANTIS** 3065 AKERS MILL RD S.E. SUITE 700 Atlanta, GA 30339 | | | | $61,148.00 | $0.00 | Unknown |
| **SUN CONTROL PRODUCTS INC** 816 EAST EVANS BLVD Tucson, AZ 85713 | | **GOODS/ SERVICES** | | | | $8,957.20 |
| **TAHOE TRUCKEE LUMBER COMPANY** 300 E. SECOND STREET SUITE 1320 Reno, NV 89501 | | **GOODS/ SERVICES** | | | | $84,237.68 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re  **SIERRA NEVADA BUILDERS L.L.C.**  
                              Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **ACTUAL FEES/COSTS** |
   | Prior to the filing of this statement I have received | $ **7,500.00** |
   | Balance Due | $ **UNKNOWN** |

2. The source of the compensation paid to me was:

    [✓] Debtor       [ ] Other (specify):

3. The source of compensation to be paid to me is:

    [✓] Debtor       [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 12, 2025**  
*Date*

**/s/ STEPHEN R. HARRIS**  
**STEPHEN R. HARRIS**  
*Signature of Attorney*  
**HARRIS LAW PRACTICE LLC**  
**850 E. PATRIOT BLVD.**  
**SUITE F**  
**Reno, NV 89511**  
**775-786-7600   Fax: 775-786-7764**  
**steve@harrislawreno.com**  
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re  **SIERRA NEVADA BUILDERS L.L.C.**                                    Case No.

                                    Debtor(s)                                    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BRYAN SLAVIK**<br>**1851 SAN RAMON DR.**<br>**Reno, NV 89521** | | **100%** | **MANAGER/OWNER** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the **MANAGER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 13, 2025**                          Signature  **/s/ BRYAN SLAVIK**
                                                                                    **BRYAN SLAVIK**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Nevada

In re    **SIERRA NEVADA BUILDERS L.L.C.**            Case No. 
                         Debtor(s)        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 13, 2025**           **/s/ BRYAN SLAVIK**
                                                **BRYAN SLAVIK/MANAGER**
                                                Signer/Title

```
SIERRA NEVADA BUILDERS L.L.C.
430 CONEY ISLAND DRIVE
SPARKS, NV 89431

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
700 E. WARM SPRINGS RD
STE 200
LAS VEGAS, NV 89119

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES, CA 90096

BANK OF AMERICA BUSINESS CARD
100 NORTH TYRONE ST
CHARLOTTE, NC 28255

BRYAN SLAVIK
1851 SAN RAMON DR.
RENO, NV 89521

CAPITAL ONE
P.O. BOX 30285
SALT LAKE CITY, UT 84130

CARSON CITY LANDFILL
PUBLIC WORKS DEPARTMENT
3505 BUTTI WAY
CARSON CITY, NV 89701
```

```
FENIX CAPITAL FUNDING
9265 4TH AVE
2ND FL
BROOKLYN, NY 11209

FUNDING METRICS LLC
3220 TILLMAN DRIVE
SUITE 200
BENSALEM, PA 19020

HERITAGE BANK OF NEVADA
PO BOX 11920
RENO, NV 89510

HOME DEPOT
P.O. BOX 790328
SAINT LOUIS, MO 63179

LOWES
PO BOX 530914
ATLANTA, GA 30353

MEEKS LUMBER
1030 WINDY CREEK RD
SUITE #100
ROSEVILLE, CA 95678

NEVADA STATE CONTRACTORS BOARD
5390 KIETZKE LANE
#102
RENO, NV 89511

SEAN MCKENNA
2743 ROBB DRIVE
RENO, NV 89523

SHANNON S. PIERCE, ESQ.
CRAIG C. WEAVER, ESQ.
FENNEMORE CRAIG, PC
7800 RANCHARRAH PARKWAY
RENO, NV 89511

STATE OF NEVADA DEPARTMENT OF TAXATION
3850 ARROWHEAD DR.
CARSON CITY, NV 89706

STELLANTIS
3065 AKERS MILL RD S.E.
SUITE 700
ATLANTA, GA 30339

SUN CONTROL PRODUCTS INC
816 EAST EVANS BLVD
TUCSON, AZ 85713
```

```
TAHOE TRUCKEE LUMBER COMPANY
300 E. SECOND STREET
SUITE 1320
RENO, NV 89501
```

# United States Bankruptcy Court
### District of Nevada

In re **SIERRA NEVADA BUILDERS L.L.C.**      Case No.
Debtor(s)      Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SIERRA NEVADA BUILDERS L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 13, 2025**      **/s/ STEPHEN R. HARRIS**
Date      **STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for **SIERRA NEVADA BUILDERS L.L.C.**
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**

**United States Bankruptcy Court**
**District of Nevada**

In re  **SIERRA NEVADA BUILDERS L.L.C.**          Case No.
                   Debtor(s)                                  Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **BRYAN SLAVIK**, declare under penalty of perjury that I am the **MANAGER** of **SIERRA NEVADA BUILDERS L.L.C.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **12th** day of **August**, 20**25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRYAN SLAVIK**, **MANAGER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BRYAN SLAVIK**, **MANAGER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRYAN SLAVIK**, **MANAGER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case."

Date  **August 13, 2025**                    Signed  **/s/ BRYAN SLAVIK**
                                                      **BRYAN SLAVIK**

Resolution of Board of Directors
of
**SIERRA NEVADA BUILDERS L.L.C.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **BRYAN SLAVIK**, **MANAGER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **BRYAN SLAVIK**, **MANAGER** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **BRYAN SLAVIK**, **MANAGER** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **HARRIS LAW PRACTICE LLC** to represent the corporation in such bankruptcy case.

Date **August 13, 2025**    Signed  **/s/ BRYAN SLAVIK**

Date **August 13, 2025**    Signed