**Fill in this information to identify the case:**

Debtor Name: Sierra Nevada Builders

United States Bankruptcy Court for the: _____ District of _____

Case number: 25-50741

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11         12/17

Month: December

Date report filed: 1/20/2026 (MM/DD/YYYY)

Line of business: Construction

NAISC code: 2361

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Bryan Slavik

Original signature of responsible party: /s/ Bryan

Printed name of responsible party: Bryan Slavik

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☒ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name: **Sierra Nevada Builders**   Case number: **25-50741**

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ **2,404.57**

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ **127,726.21**

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ **118,426.71**

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ **9,299.50**

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ **11,704.07**

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**
(Exhibit E)

$ _____

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 2

Debtor Name __Sierra Nevada Builders__    Case number __25-50741__

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables     $ __1,000.00__
    (Exhibit F)

### 5. Employees

26. What was the number of employees when the case was filed?     __6__
27. What is the number of employees as of the date of this monthly report?     __6__

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ __Ø__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ __Ø__
30. How much have you paid this month in other professional fees?     $ __Ø__
31. How much have you paid in total other professional fees since filing the case?     $ __Ø__

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 70,000.00 | − | $ 127,726.21 | = | $ 57,726.21 |
| 33. Cash disbursements | $ 55,000.00 | − | $ 118,426.71 | = | $ 63,426.71 |
| 34. Net cash flow | $ 15,000.00 | − | $ 9,299.50 | = | $ 5,700.50 |

35. Total projected cash receipts for the next month:     $ 60,000.00
36. Total projected cash disbursements for the next month:     − $ 42,000.00
37. Total projected net cash flow for the next month:     = $ 18,000.00

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 3

Debtor Name _____    Case number _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 4

**GLACIER FAMILY OF BANKS** — 49 Commons Loop, Kalispell, MT 59901

**Account Statement** — Member FDIC

```
Date 12/31/25                    Page        1
Primary Account                              9332
```

*Exhibit D*

```
SIERRA NEVADA BUILDERS LLC
DIP CASE 25-50741-HLB
1851 SAN RAMON DRIVE
RENO NV 89521
```

*********************************** CHECKING ACCOUNTS ***********************************

Account Title: SIERRA NEVADA BUILDERS LLC
DIP CASE 25-50741-HLB

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures                34
Account Number                9332      Statement Dates  12/01/25 thru 12/31/25
Previous Balance          2,542.56      Days in the statement period        31
   10 Deposits/Credits    67,726.21     Average Ledger               4,655.08
  111 Checks/Debits       58,768.58     Average Collected            4,655.08
Service Charge                  .00
Interest Paid                   .00
Ending Balance           11,500.19
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $30.00 | $150.00 |
| Total Nonsufficient Funds Fees | $.00 | $.00 |

------------------------------ Activity in Date Order ------------------------------

```
Date  Description                          Withdrawals      Deposits       Balance
12/01 DBT CRD 1040 11/30/25 02249312          137.99-           .00       2,404.57
      SAI SUBCRPTN8002299066

      Salt Lake CitUT C# 4163
12/01 DBT CRD 0923 12/01/25 92532940           29.95-           .00       2,374.62
      VZEELYAPP

      Middletown   DE C# 4163
12/01 DBT CRD 0923 12/01/25 86443524           31.69-           .00       2,342.93
      AMAZON MKTPL*BB7SK3JV0
```

```
                                              Date 12/31/25              Page      2
                                              Primary Account                   _9332


TOTALLY FREE BUSINESS CHECKING                _9332 (Continued)
------------------------------ Activity in Date Order ------------------------------
Date   Description                       Withdrawals      Deposits        Balance
             Amzn.com/billWA C# 4163
12/01 DBT CRD 0923 12/01/25 93157949          39.95-          .00         2,302.98
             VZEELYAPP

             Middletown   DE C# 4163
12/01 DBT CRD 0923 12/01/25 78312555         320.34-          .00         1,982.64
             AMAZON MKTPL*BB8601AK0

             Amzn.com/billWA C# 4163
12/01 Square Inc           SQ251201        8,198.21-          .00         6,215.57-
                                    WEB
             Bryan Slavik
             T3P0C104MSRMYXB
12/01 Overdraft Fee                           30.00-          .00         6,245.57-
12/01 CHECK                 160              500.00-          .00         6,745.57-
12/01 Overdraft Fee                           30.00-          .00         6,775.57-
12/02 Nonsufficient Funds Credit                .00       8,198.21        1,422.64
12/02 Overdraft Fee Reversal                    .00          30.00        1,452.64
12/02 DBT CRD 0935 12/02/25 23211938         126.95-          .00         1,325.69
             AMAZON MKTPL*BB1M249F2

             Amzn.com/billWA C# 4163
12/04 DBT CRD 0925 12/04/25 24842180         162.61-          .00         1,163.08
             PDM STL SVC CTR-125

             775-358-1441 NV C# 4163
12/04 CAPITAL ONE         ONLINE PMT         200.00-          .00           963.08
             CCD      CA013B4F278F8C4
             056073613051692
12/04 CHECK                 149            5,200.00-          .00         4,236.92-
12/04 Overdraft Fee                           30.00-          .00         4,266.92-
12/05 Nonsufficient Funds Credit                .00       5,200.00          933.08
12/05 Overdraft Fee Reversal                    .00          30.00          963.08
12/05 DBT CRD 0924 12/05/25 26659712           2.36-          .00           960.72
             WF4CTYOFRENO*SRVCEFEE

             775-334-2032 CA C# 4163
12/05 DBT CRD 0924 12/05/25 26657004          87.50-          .00           873.22
             CITY OF RENO

             775-334-2032 NV C# 4163
12/05 DBT CRD 0924 12/05/25 33857857         144.94-          .00           728.28
             PORT OF SUBS 0156 ONLI
```

```
                                            Date 12/31/25         Page    3
                                            Primary Account              9332


TOTALLY FREE BUSINESS CHECKING                )332  (Continued)
------------------------------- Activity in Date Order -----------------------------
Date   Description                    Withdrawals        Deposits        Balance
           olo.com         NV C# 4163
12/05  Goodleap 125       WEB PYMNT       294.32-           .00           433.96
                                   WEB
           Bryan Slavik
           1145254267
12/08  DDA Regular Deposit                   .00        12,402.00       12,835.96
12/08  SPECTRUM           SPECTRUM        135.00-           .00         12,700.96
                                   PPD
           BRYAN SLAVIK
12/08  CAPITAL ONE        ONLINE PMT     200.00-           .00         12,500.96
           CCD     CA0CDF6195C9992
           056073619226356
12/08  VERIZON WIRELESS   PAYMENTS       249.29-           .00         12,251.67
           CCD     064250613600001
           021000026616436
12/08  CHECK                   165        740.32-           .00         11,511.35
12/09  ATM W/D 0822 12/09/25 00005305     320.00-           .00         11,191.35
           GLACIER BANK    -
           1101 CORPORATE BLV
           RENO           NV C# 4163
12/09  DBT CRD 0920 12/09/25 82567244     115.00-           .00         11,076.35
           INTUIT *QBooks Online


           CL.INTUIT.COMCA C# 4163
12/09  DBT CRD 0920 12/09/25 80570002      25.00-           .00         11,051.35
           RILITE AGGREGATE CO

           RENO           NV C# 4163
12/09  CHECK                   172        718.36-           .00         10,332.99
12/09  CHECK                   180      4,413.22-           .00          5,919.77
12/09  Stop Payment Fee                    30.00-           .00          5,889.77
12/10  POS DEB 1322 12/09/25 00688234     108.00-           .00          5,781.77
           OFFICE DEPOT 00 1011 STEA
           RENO           NV
           Card# 4163
12/10  POS DEB 1331 12/09/25 00054156      54.50-           .00          5,727.27
           THE HOME DEPOT #8560
           RENO           NV
           Card# 4163
12/10  POS DEB 1924 12/09/25 00201314     120.16-           .00          5,607.11
           AMAZON.COM*FM2F81GF3
           AMAZON.COM
           SEATTLE        WA C# 4163
```

```
                                              Date 12/31/25        Page     4
                                              Primary Account   22      L9332


TOTALLY FREE BUSINESS CHECKING               9332   (Continued)
------------------------------ Activity in Date Order ------------------------------
Date  Description                   Withdrawals       Deposits         Balance
12/10 DBT CRD 0918 12/10/25 51379436     30.00-            .00        5,577.11
      HCM*SMOG BROS

          RENO           NV  C# 4163
12/10 DBT CRD 0918 12/10/25 58565054    253.00-            .00        5,324.11
      DMV-08

          775-684-4621 NV C# 4163
12/10 CHECK                  171        841.41-            .00        4,482.70
12/10 CHECK                  173        666.33-            .00        3,816.37
12/11 BTISDirectPay    InsPmt           997.97-            .00        2,818.40
                                 PPD
      SIERRA NEVADA BUILDERS
12/11 CHECK                  174        521.10-            .00        2,297.30
12/12 DDA Regular Deposit                  .00       12,000.00       14,297.30
12/12 DBT CRD 0929 12/12/25 70896170     25.00-            .00       14,272.30
      RILITE AGGREGATE CO

          RENO           NV  C# 4163
12/12 DBT CRD 0929 12/12/25 39818458  2,050.32-            .00       12,221.98
      AMERICAN READYMIX 1759

          775-7854773  NV C# 4163
12/12 CAPITAL ONE      ONLINE PMT       500.00-            .00       11,721.98
      CCD     CA01DE5E4A859E6
      056073612791385
12/12 CHECK                  176        543.74-            .00       11,178.24
12/12 CHECK                  177      1,013.01-            .00       10,165.23
12/12 CHECK                  183        569.51-            .00        9,595.72
12/12 CHECK                  184        678.07-            .00        8,917.65
12/12 CHECK                  185        531.89-            .00        8,385.76
12/15 DBT CRD 1057 12/14/25 01370668     63.90-            .00        8,321.86
      THE HOME DEPOT #8560

          RENO           NV C# 4163
12/15 DBT CRD 1057 12/14/25 29061686  1,000.00-            .00        7,321.86
      CARSON VALLEY OIL-OFFI

          CARSON CITY  NV C# 4163
12/15 POS DEB 1115 12/14/25 00937610     97.34-            .00        7,224.52
      O REILLY 3528
      RENO          NV
      Card# 4163
12/15 DBT CRD 0921 12/15/25 40328468     85.65-            .00        7,138.87
      WIX.COM 1213703537
```

```
                                          Date 12/31/25       Page      5
                                          Primary Account             9332


TOTALLY FREE BUSINESS CHECKING              9332  (Continued)
------------------------------ Activity in Date Order ----------------------------
Date  Description                  Withdrawals       Deposits         Balance
            WWW.WIX.COM    CA C# 4163
12/15 DBT CRD 0921 12/15/25 39535101     234.00-          .00        6,904.87
            WIX.COM 1213703511
            WWW.WIX.COM    CA C# 4163
12/15 DBT CRD 0921 12/15/25 69998631     260.00-          .00        6,644.87
            Dicks Sporting Goods
            Reno           NV C# 4163
12/15 CAPITAL ONE      ONLINE PMT        500.00-          .00        6,144.87
            CCD     CA022FFCE28126E
            056073619692588
12/15 CHECK                    178       395.58-          .00        5,749.29
12/15 CHECK                    181       781.15-          .00        4,968.14
12/15 CHECK                    182       874.44-          .00        4,093.70
12/15 CHECK                    187       395.57-          .00        3,698.13
12/16 POS DEB 1606 12/15/25 00214570      28.70-          .00        3,669.43
            GOLDEN GATE - BALDINI S
            1055 S ROCK BLVD
            SPARKS         NV C# 4163
12/16 DBT CRD 0922 12/16/25 59610508      27.90-          .00        3,641.53
            AMAZON MKTPL*2G17H8XN3
            Amzn.com/billWA C# 4163
12/16 DBT CRD 0922 12/16/25 45979203      55.00-          .00        3,586.53
            HCM*RENO HYDRAULIC AND
            SPARKS         NV C# 4163
12/16 DBT CRD 0922 12/16/25 76751107     265.68-          .00        3,320.85
            PDM STL SVC CTR-125
            775-358-1441 NV C# 4163
12/16 POS DEB 1111 12/16/25 00025127      52.00-          .00        3,268.85
            LOWE S #32
            5075 KIETZKE LANE
            RENO           NV C# 4163
12/16 CAPITAL ONE      ONLINE PMT        500.00-          .00        2,768.85
            CCD     CA06A9933FC9C32
            056073610922975
12/17 Int Fee 0927 12/17/25 24657859        .12-          .00        2,768.73
            SMALLPDF
            ZURICH         00 C# 4163
```

```
                                                    Date 12/31/25            Page      6
                                                    Primary Account              9332


TOTALLY FREE BUSINESS CHECKING                  9332  (Continued)
------------------------------ Activity in Date Order ------------------------------
Date  Description                       Withdrawals       Deposits         Balance
12/17 DBT CRD 0927 12/17/25 24657859        15.00-            .00         2,753.73
      SMALLPDF
      ZURICH            00 C# 4163
12/17 DBT CRD 0927 12/17/25 85205824        19.46-            .00         2,734.27
      AMAZON MKTPL*WZ0DX0FF3
      Amzn.com/billWA C# 4163
12/17 DBT CRD 0927 12/17/25 59340432       562.98-            .00         2,171.29
      PDM STL SVC CTR-125
      775-358-1441 NV C# 4163
12/18 DBT CRD 0931 12/18/25 07352260       468.00-            .00         1,703.29
      WIX.COM 1214047519
      WWW.WIX.COM   CA C# 4163
12/18 POS DEB 1010 12/18/25 00655258        44.08-            .00         1,659.21
      THE HOME DEPOT #3309
      CARSON CITY   NV
      Card# 4163
12/19 DDA Regular Deposit                      .00        4,000.00        5,659.21
12/19 DDA Regular Deposit                      .00        4,826.00       10,485.21
12/19 Utah Business       4215756531     2,181.00-            .00         8,304.21
                                       PPD
      Sierra Nevada Builders
12/19 CHECK                     189        738.45-            .00         7,565.76
12/19 CHECK                     192        557.66-            .00         7,008.10
12/19 CHECK                     193        616.80-            .00         6,391.30
12/22 POS DEB 1105 12/20/25 00640949        23.72-            .00         6,367.58
      THE HOME DEPOT #3310
      RENO          NV
      Card# 4163
12/22 POS DEB 0922 12/21/25 00764382        68.19-            .00         6,299.39
      SAFEWAY #0188
      RENO          NV
      Card# 4163
12/22 POS DEB 0757 12/22/25 00393677        25.60-            .00         6,273.79
      7-ELEVEN
      1061 Steamboat Pkw
      Reno          NV C# 4163
12/22 DBT CRD 0929 12/22/25 95136128        72.72-            .00         6,201.07
      TST* LAKE TAHOE ALEWOR

      RENO          NV C# 4163
```

```
                                              Date 12/31/25          Page       7
                                              Primary Account                9332


TOTALLY FREE BUSINESS CHECKING                     9332  (Continued)
------------------------------ Activity in Date Order ----------------------------
Date  Description                         Withdrawals        Deposits        Balance
12/22 NV UI PAYMENTS      NV UI PMT           618.41-             .00       5,582.66
      CCD     040019036
      091000013757784
12/22 NV UI PAYMENTS      NV UI PMT         1,000.00-             .00       4,582.66
      CCD     040019036
      091000013757754
12/22 CHECK                     190         1,022.20-             .00       3,560.46
12/22 CHECK                     194           338.25-             .00       3,222.21
12/22 CHECK                     195           395.58-             .00       2,826.63
12/23 DDA Regular Deposit                         .00       10,080.00      12,906.63
12/23 POS DEB 1417 12/22/25 00918622           45.65-             .00      12,860.98
      BASALITE SPARKS 1405
      SPARKS           NV
      Card# 4163
12/23 DBT CRD 0922 12/23/25 54445938           16.23-             .00      12,844.75
      AMAZON MKTPL*UX8K07S73

      Amzn.com/billWA C# 4163
12/23 DBT CRD 0922 12/23/25 57352815           32.47-             .00      12,812.28
      AMAZON MKTPL*MH8MU4C63

      Amzn.com/billWA C# 4163
12/23 DBT CRD 0922 12/23/25 49230906           82.27-             .00      12,730.01
      AMAZON MKTPL*BS69X6R63

      Amzn.com/billWA C# 4163
12/23 BRYAN SLAVIK      Payment               611.80-             .00      12,118.21
                                       WEB
      BRYAN SLAVIK
      BRYAN SLAVIK
12/23 NV UI PAYMENTS      NV UI PMT           618.41-             .00      11,499.80
      CCD     814748227
      091000013817709
12/23 CHECK                     199           616.80-             .00      10,883.00
12/24 POS DEB 1733 12/23/25 00567900           51.68-             .00      10,831.32
      AMAZON.COM*119IX0Y53
      AMAZON.COM
      SEATTLE          WA C# 4163
12/24 DDA B/P 0933 12/24/25 61268100            1.99-             .00      10,829.33
      Google One

      650-2530000  CA C# 4163
12/24 DBT CRD 0933 12/24/25 81718427          253.08-             .00      10,576.25
      LYON COUNTY TREASURER
```

```
                                                  Date 12/31/25             Page      8
                                                  Primary Account                  9332


TOTALLY FREE BUSINESS CHECKING                      9332   (Continued)
------------------------------ Activity in Date Order ------------------------------
Date   Description                          Withdrawals        Deposits         Balance

       888-8916064    NV C# 4163
12/24 STATE FARM RO 27   CPC-CLIENT             19.09-            .00         10,557.16
                                           PPD
       SAMANTHA SLAVIK
12/24 STATE FARM RO 27   CPC-CLIENT            634.00-            .00          9,923.16
       CCD    24 J 1794146966
       021000028954824
12/24 STATE FARM RO 27   CPC-CLIENT          1,603.40-            .00          8,319.76
       CCD    24 J 1358782264
       021000028947593
12/24 CHECK                  200               395.57-            .00          7,924.19
12/26 DBT CRD 0906 12/25/25 85214720           156.46-            .00          7,767.73
       NV ENERGY

       800-331-3103 NV C# 4163
12/26 DBT CRD 0906 12/25/25 34895855           205.80-            .00          7,561.93
       AMAZON MKTPL*PO67IOLB3

       Amzn.com/billWA C# 4163
12/26 ATM W/D 0956 12/26/25 00003561           200.00-            .00          7,361.93
       GLACIER BANK   -
       47 DAMONTE RANCH P
       RENO          NV C# 4163
12/26 POS DEB 1128 12/26/25 00574765            32.06-            .00          7,329.87
       LOWE S #32
       5075 KIETZKE LANE
       RENO          NV C# 4163
12/26 CHECK                  191               749.37-            .00          6,580.50
12/26 CHECK                  196               673.48-            .00          5,907.02
12/26 CHECK                  197               921.46-            .00          4,985.56
12/29 DBT CRD 1015 12/28/25 93940820            12.90-            .00          4,972.66
       WIX.COM 1215621309

       WWW.WIX.COM  CA C# 4163
12/29 DBT CRD 1015 12/28/25 92607601            79.95-            .00          4,892.71
       VZEELYAPP

       Middletown   DE C# 4163
12/29 DBT CRD 1015 12/28/25 96381686         1,284.95-            .00          3,607.76
       SP FULLFLIGHT RACING

       FULLFLIGHTRACOK C# 4163
12/29 SPECTRUM              SPECTRUM           135.00-            .00          3,472.76
                                           WEB
```

```
                                              Date 12/31/25         Page      9
                                              Primary Account              .9332


TOTALLY FREE BUSINESS CHECKING                    9332   (Continued)
------------------------------ Activity in Date Order ------------------------------
Date   Description                       Withdrawals        Deposits        Balance
       BRYAN SLAVIK
       9747295
12/29  CHECK                    202         1,261.61-           .00       2,211.15
12/30  DBT CRD 0912 12/30/25 02176255        137.99-            .00       2,073.16
       SAI SUBCRPTN8002299066

       Salt Lake CitUT C# 4163
12/30  SPECTRUM           SPECTRUM           503.95-            .00       1,569.21
                                    WEB
       BRYAN SLAVIK
       0016434
12/31  DDA Regular Deposit                      .00       10,960.00      12,529.21
12/31  POS DEB 0833 12/31/25 00124596         704.24-           .00      11,824.97
       MEEK BLDG CTR #6
       CARSON CITY  NV
       Card# 4163
12/31  DBT CRD 0914 12/31/25 30998755         324.78-           .00      11,500.19
       AMAZON MKTPL*9I0WF3SU3

       Amzn.com/billWA C# 4163

---------------------------- Summary by Check Number ----------------------------
Date    Check No           Amount   Date    Check No                   Amount
12/04      149           5,200.00   12/12      185                     531.89
12/01      160*            500.00   12/15      187*                    395.57
12/08      165*            740.32   12/19      189*                    738.45
12/10      171*            841.41   12/22      190                   1,022.20
12/09      172             718.36   12/26      191                     749.37
12/10      173             666.33   12/19      192                     557.66
12/11      174             521.10   12/19      193                     616.80
12/12      176*            543.74   12/22      194                     338.25
12/12      177           1,013.01   12/22      195                     395.58
12/15      178             395.58   12/26      196                     673.48
12/09      180*          4,413.22   12/26      197                     921.46
12/15      181             781.15   12/23      199*                    616.80
12/15      182             874.44   12/24      200                     395.57
12/12      183             569.51   12/29      202*                  1,261.61
12/12      184             678.07
* Denotes missing check numbers
```


**GLACIER** FAMILY OF BANKS

### How to Balance Your Account

Reconciling your account statement is an important step to ensure that all transactions are correct and accounted for. Reconciling involves comparing the items in your checkbook which the bank has not processed and those on the bank statement but not recorded in your checkbook. Use the steps below to reconcile your checkbook to the bank statement. Glacier Family of Banks also offers an online checkbook reconciliation on each division's website. Type "checkbook" in the Search option to access it.

- Mark off each item against your checkbook. Those not marked will be outstanding items.
- Note any bank or other charges or automatic deposits on the statement, not in your checkbook.
- Fill in the following form to complete reconcilement.

**Outstanding Items**
(ATM/Debit Card withdrawals, checks written but not yet charged to your account)

| Check No. | Amount | Check No. | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Subtotal** |  | **Subtotal** |  |

| | |
|---|---|
| Checkbook Balance | $ |
| Add any deposits including automatic deposits not yet entered in your checkbook (be sure to enter them) | + |
|  | + |
|  | + |
| Subtotal | $ |
| Subtract Service Charge (here and in your checkbook) | - |
| Subtract any automatic loan payments or other automatic charges not yet entered in your checkbook (be sure to subtract from checkbook) | - |
|  | - |
|  | - |
|  | - |
| **Adjusted Checkbook Balance** | $ |

| | |
|---|---|
| Checking Balance (shown on the statement) | $ |
| Add deposits outstanding not yet credited to your account (include any automatic deposits expected, not yet credited) | + |
|  | + |
|  | + |
|  | + |
|  | + |
| Subtotal | $ |
| Subtract Outstanding Items (use the subtotal amount) | - |
|  | - |
|  | - |
|  | - |
| **Adjusted Statement Balance** | $ |

**Adjusted Checkbook Balance and Adjusted Statement Balance Should Agree**

### Important Information Concerning Your Account

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR CONSUMER ACCOUNT**

Telephone us or write us at the phone number and address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1) Tell us your name and account number (if any)
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**HOW FINANCE CHARGES ARE CALCULATED ON OVERDRAFT CHECKING AND LINES OF CREDIT**

A. Finance charges are imposed on principal advances under your line and begin to accrue on the day an advance is posted to your line: THERE IS NO GRACE PERIOD. We figure (a portion of) the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/loans), and subtract any payments or credits (and unpaid finance charges). This gives us the daily balance. Then, we add up all the daily balances the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

B. New Balance Calculation

The New Balance shown on the face of this statement is calculated by (1) Starting with the "Beginning Balance" (the New Balance from the previous month's statement) (2) subtracting total payments and (3) adding total advances (including, if applicable, Credit Life premiums, check printing charges, returned check charges, or any other miscellaneous charges outlined in your loan agreement) and (4) adding total Finance Charges.

C. Payments

The minimum periodic payment shown on the front of this statement:
1) will, in the case of OVERDRAFT PROTECTION LINE OF CREDIT, be automatically deducted from your checking account at the end of each billing cycle normally thirty (30) days
   or
2) must, in the case of LINE OF CREDIT ACCCOUNTS, be delivered or mailed with the coupon section of this statement and check, money order or cash to the bank of account.

Payments shall be applied first to any unpaid Finance Charges and second to the principal balance outstanding.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your bill is wrong or if you need more information about a transaction on your bill, write us (on a separate sheet) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
Your name and account number
The dollar amount of suspected error
Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**REPURCHASE AGREEMENT AND FDIC INSURANCE**

Customer funds held in a Repurchase Agreement are not a deposit and therefore not insured by the FDIC. Such funds are subject to the terms and limitations of the Sweep Account Master Repurchase Agreement.

Rev: 12/2021

1/9/26, 11:42 AM                           Bank of America | Online Banking | Deposit | Print Transaction Details

Exhibit D

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| 12/05/2025 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-04) ELECTRONIC TRANSACTION | Credit | $8,198.21 | $60,018.93 | Cleared |
| 12/04/2025 Insufficient Funds | Square Inc DES:SQ251204 ID:T3425Z7AAJ3X1XZ INDN:BRYAN SCOTT... | Other Payment | -$8,198.21 | $51,820.72 | Insufficient |
| 12/03/2025 | BOFA FIN CTR 12/03 #XXXXX3671 DEPOSIT 700 N McCarran Bl Sparks NV | Deposit | $60,000.00 | $60,018.93 | Cleared |
| 11/20/2025 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 11-19) ELECTRONIC TRANSACTION | Credit | $63.89 | $18.93 | Cleared |
| 11/19/2025 Insufficient Funds | AFFIRM.COM PAYME DES:AFFIRM.COM ID:ST-T5U1S4Q7A9P5 INDN:BRYAN SLAVIK... | Other Payment | -$63.89 | -$44.96 | Insufficient |
| 11/10/2025 | KEEP THE CHANGE TRANSFER TO ACCT 1558 FOR 11/10/25 | Keep the Change | -$0.10 | $18.93 | Cleared |
| 11/10/2025 | THE HOME DEPOT 11/08 PURCHASE RENO NV | Debit Card | -$123.90 | $19.03 | Cleared |

Statement as of 11/08/2025

| 11/05/2025 | KEEP THE CHANGE TRANSFER TO ACCT 1558 FOR 11/05/25 | Keep the Change | -$0.77 | $142.93 | Cleared |

https://secure.bankofamerica.com/deposit-details/print/?adx=c24f7517208383efd1df98cf53c1edf73a9a2c42fbbecbbbe18acbb35988579f        3/6

1/9/26, 11:42 AM       Bank of America | Online Banking | Deposit | Print Transaction Details



# Adv Plus Banking - 1532 : Account Activity

Balance Summary: $83.64 (available balance as of today 01/9/2026)

View: today: 01/9/2026

## Transactions

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
| 12/23/2025 | CHASE CREDIT CRD DES:EPAY ID:XXXXX82506 INDN:BRIAN S SLAVIK CO ID:XXXXX39224 WEB | Other Payment | -$711.00 | $83.64 | Cleared |
| 12/22/2025 | CAPITAL ONE DES:ONLINE PMT ID:CA0D9816C5A4955 INDN:Bryan S Slavik... | Other Payment | -$1,200.00 | $794.64 | Cleared |
| 12/22/2025 | Transfer VENMO | Transfer | $1,976.00 | $1,994.64 | Cleared |
| 12/15/2025 | KEEP THE CHANGE TRANSFER TO ACCT 1558 FOR 12/15/25 | Keep the Change | -$2.16 | $18.64 | Cleared |
| 12/15/2025 | LES SCHWAB TIRE CENTERS 12/12 PURCHASE 844-486-5252 OR | Debit Card | -$700.00 | $20.80 | Cleared |
| 12/15/2025 | AFFIRM * PAY 73MS8JQ1 12/12 PURCHASE 855-423-3729 CA | Debit Card | -$65.22 | $720.80 | Cleared |
| 12/15/2025 | AFFIRM * PAY D9RFS6UZ 12/12 PURCHASE 855-423- | Debit Card | -$1,455.32 | $786.02 | Cleared |

https://secure.bankofamerica.com/deposit-details/print/?adx=c24f7517208383efd1df98cf53c1edf73a9a2c42fbbecbbbe18acbb35988579f     1/6

1/9/26, 11:42 AM                    Bank of America | Online Banking | Deposit | Print Transaction Details

| Posting date | Description | Type | Amount | Available balance | Reconcile |
|---|---|---|---|---|---|
|  | 3729 CA |  |  |  |  |
| 12/15/2025 | APF*Nevada Commercial S 12/12 PURCHASE XXX-XX13666 NV | Debit Card | -$4,984.30 *Rent* | $2,241.34 | Cleared |
| 12/15/2025 | IN *EMPIRE CONTRACTORS 12/12 PURCHASE XXX-XX12246 NV | Debit Card | -$58.00 | $7,225.64 | Cleared |
| 12/15/2025 | BKOFAMERICA ATM 12/15 #XXXXX2128 DEPOSIT DOUBLE DIAMOND RENO NV | Deposit | $60.00 | $7,283.64 | Cleared |
| 12/12/2025 | Monthly Maintenance Fee | Bank Charge | -$12.00 | $7,223.64 | Cleared |
| 12/12/2025 | Wire Transfer Fee | Bank Charge | -$30.00 | $7,235.64 | Cleared |
| 12/12/2025 | Check 102 | Check | -$12,000.00 *SNB* | $7,265.64 | Cleared |
| 12/12/2025 | WIRE TYPE:BOOK OUT DATE:251212 TIME:1332 ET TRN:XXXXXXXXXX467522 RELATED... | Withdrawal | -$40,453.29 *Four Seasons* | $19,265.64 | Cleared |
| 12/12/2025 | BKOFAMERICA ATM 12/12 #XXXXX5373 WITHDRWL PRATER / MCCARRAN SPARKS NV | Withdrawal | -$300.00 | $59,718.93 | Cleared |

Statement as of 12/12/2025

**SIERRA NEVADA BUILDERS**

430 Coney Island Dr.
Sparks, 89431
Phone: (775) 384-3151

# INVOICE #349

*Exhibit F*

**DATE**
12/19/2025

**BILL TO**
Stephen and Susan Levake
429 Axelson Way
Genoa, NV 89705

| DESCRIPTION | AMOUNT |
| --- | --- |
| Due upon completion of 14' wide x 9' projection detached solid Alumawood patio cover. | $5,700.00 |
| Retainer for installation of damaged or missing parts from the vendor. | $1,000.00 |
| Partial payment of $4,700 paid 7/14/2025. | |
| Final amount due upon completion. | $1,000.00 |

| Due Upon Completion | $1,000.00 |
| --- | --- |

12/19/2025

*Thank you for your business!*